FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL W. PARKER, as Personal Representative of the Estate of Curtis John Rookaird, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant-Appellee. | No.  22-35695 <br><br> D.C. No. 2:14-cv-00176-RAJ <br> Western District of Washington, Seattle <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3.  The three-judge panel opinion is vacated.

Judge Christen did not participate in the deliberations or vote in this case.